# EXHIBIT A

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum
of Law in Opposition to Defendants' Motion for Extension of Time*

## Cole, Eileen

| | |
|---|---|
| **From:** | Cole, Eileen |
| **Sent:** | Wednesday, August 31, 2022 1:00 PM |
| **To:** | 'jmccann@MilesStockbridge.com'; 'jahern@ahernkill.com'; 'akill@ahernkill.com' |
| **Cc:** | Jurata, Jay; 'Myriah Jaworski' |
| **Subject:** | RE: ACV Auctions Inc. v. NAAA, et al |

| | |
|---|---|
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Jack, Joe, and Amanda,

I am reaching out on behalf of my partner, Jay Jurata, who is traveling.  Thank you for your message.  We appreciate your clients willingness to waive service pursuant to Federal Rule of Civil Procedure 4(d)(1).   Myriah Jaworski of Octillo (cc'd) here will coordinate the waiver forms on behalf of ACV and we can send these to you today.

Joe and Amanda, are you both acting on behalf of AASC and ServNet?

Thanks,
Eileen

**Eileen M. Cole**
Partner
Pronouns: she/her

Orrick
Washington, DC    Ⓥ
T 202/339-8460
M 703/819-6712
eileen.cole@orrick.com

---

**From:** McCann, Jack <jmccann@MilesStockbridge.com>
**Sent:** Tuesday, August 30, 2022 9:52 AM
**To:** Jurata, Jay <jjurata@orrick.com>
**Cc:** 'Joseph Ahern' <jahern@ahernkill.com>; Amanda Kill <akill@ahernkill.com>
**Subject:** FW: ACV Auctions Inc. v. NAAA, et al

Jay:  Good morning. I have reviewed your Complaint with my client, the National Association of Auto Auctions ("NAAA").  NAAA is willing to waive service of process pursuant to Federal Rule 4(d)(1).

Also, in speaking with counsel for Auto Auction Services Corporation and  ServeNet Inc., Joe Ahern and Amanda Kill (**copied here**), those two Defendants are also willing to waive service of process pursuant to Federal Rule 4(d)(1).

1

If you are amenable to this approach, please send us the pertinent requests for waiver of service forms and we will promptly complete and return them on behalf of our respective clients.

Thanks

Jack.

**John McCann**
*Principal*

# MILES & STOCKBRIDGE

100 Light Street | Baltimore, MD 21202
D: +1 410.385.3586 | C: +1 410.458.0424 | F: +1 410.773.9124

**mslaw.com | bio | vCard | jmccann@milesstockbridge.com**

For COVID-19 information and resources, please visit our Coronavirus Task Force page.

Confidentiality Notice:
This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.

Any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

Secure Upload/Download files click here.