# EXHIBIT B

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum
of Law in Opposition to Defendants' Motion for Extension of Time*

## Cole, Eileen

| | |
|---|---|
| **From:** | Cole, Eileen |
| **Sent:** | Tuesday, September 20, 2022 5:56 PM |
| **To:** | 'Norris, David S.' |
| **Cc:** | McGrane, Sean L. |
| **Subject:** | RE: ACV Auctions v. NAAA \| ADESSA US |

| | |
|---|---|
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Hi

Just an update that I am conferring with my client on timing.  We will likely get back to you tomorrow to finalize.

Thanks
Eileen

**From:** Norris, David S. <david.norris@squirepb.com>
**Sent:** Tuesday, September 20, 2022 2:30 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** McGrane, Sean L. <sean.mcgrane@squirepb.com>
**Subject:** RE: ACV Auctions v. NAAA | ADESSA US

Hi Eileen – 45 days is fine.  That would be December 15, so why don't we just extend that out 1 more day to December 16.  Then we'd ask for 4 more weeks on the Reply until January 20.

Thanks,
David

**David S. Norris**
Squire Patton Boggs (US) LLP
T  +1 602 528 4013
**david.norris@squirepb.com** | squirepattonboggs.com

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Tuesday, September 20, 2022 11:22 AM
**To:** Norris, David S. <david.norris@squirepb.com>
**Cc:** McGrane, Sean L. <sean.mcgrane@squirepb.com>
**Subject:** [EXT] RE: ACV Auctions v. NAAA | ADESSA US

Hi David,

I will look at this but we definitely need to make a correction—which I suspect got lost in translation.  We discussed (and I thought had agreement on) a 31 day extension for the opposition, for a total of 45 days for ACV's opposition.  I don't believe we discussed a specific Nov 30 deadline.  November 30th would basically be a 2 week extension for ACV when we are agreeing to over a five week extension for ADESA Auctions US and would not be agreeable.  If we are agreed on the 45 days for opposition, I will ask about your request for 28 days for the Reply and redline the attached.

Thanks
Eileen

1

**From:** Norris, David S. <david.norris@squirepb.com>
**Sent:** Tuesday, September 20, 2022 1:49 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** McGrane, Sean L. <sean.mcgrane@squirepb.com>
**Subject:** RE: ACV Auctions v. NAAA | ADESSA US

Eileen – Thanks for the call yesterday and for agreeing that ADESA US can have until October 31 to respond to the Complaint. Attached is a draft stipulation, which also includes an extension to ACV's response deadline. I believe we discussed November 30 for that deadline, but I proposed moving it back to December 2, so ACV would have a few extra days and could file on Friday. In addition, I proposed extending ADESA US's reply deadline a couple weeks back to December 30 in light of Christmas.

Please let us know if you have any comments or if we have your permission to file.

Regards,
David

**David S. Norris**
Squire Patton Boggs (US) LLP
T  +1 602 528 4013
**david.norris@squirepb.com** | squirepattonboggs.com

**From:** Norris, David S.
**Sent:** Monday, September 19, 2022 3:26 PM
**To:** 'Cole, Eileen' <eileen.cole@orrick.com>
**Cc:** McGrane, Sean L. <sean.mcgrane@squirepb.com>
**Subject:** RE: ACV Auctions v. NAAA | ADESSA US

Yes, no problem. Call my cell: 602 999 3483. Thank you.

**David S. Norris**
Squire Patton Boggs (US) LLP
T  +1 602 528 4013
**david.norris@squirepb.com** | squirepattonboggs.com

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Monday, September 19, 2022 3:26 PM
**To:** Norris, David S. <david.norris@squirepb.com>
**Cc:** McGrane, Sean L. <sean.mcgrane@squirepb.com>
**Subject:** [EXT] RE: ACV Auctions v. NAAA | ADESSA US

I just heard from my client. May I call you at 6:45 ET?

**From:** Norris, David S. <david.norris@squirepb.com>
**Sent:** Monday, September 19, 2022 6:22 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** McGrane, Sean L. <sean.mcgrane@squirepb.com>
**Subject:** RE: ACV Auctions v. NAAA | ADESSA US

Hi Eileen – I called and left you a voicemail on this. Can you please let us know about the extension tonight or tomorrow morning at the latest? You indicated you'd get back to us today, and we have an impending deadline Friday, so we need to get on file soon.

Regards,
David

**David S. Norris**
Squire Patton Boggs (US) LLP
T  +1 602 528 4013
**david.norris@squirepb.com** | squirepattonboggs.com

---

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Friday, September 16, 2022 2:34 PM
**To:** Norris, David S. <david.norris@squirepb.com>
**Cc:** McGrane, Sean L. <sean.mcgrane@squirepb.com>
**Subject:** [EXT] RE: ACV Auctions v. NAAA | ADESSA US

You too.

---

**From:** Norris, David S. <david.norris@squirepb.com>
**Sent:** Friday, September 16, 2022 5:26 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** McGrane, Sean L. <sean.mcgrane@squirepb.com>
**Subject:** RE: ACV Auctions v. NAAA | ADESSA US

Great, thanks Eileen.  Have a good weekend.

Regards,
David

**David S. Norris**
Squire Patton Boggs (US) LLP
T  +1 602 528 4013
**david.norris@squirepb.com** | squirepattonboggs.com

---

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Friday, September 16, 2022 2:24 PM
**To:** Norris, David S. <david.norris@squirepb.com>
**Cc:** McGrane, Sean L. <sean.mcgrane@squirepb.com>
**Subject:** [EXT] RE: ACV Auctions v. NAAA | ADESSA US

Hi David,

Sorry I missed your call.  My client is traveling and I have not been able to speak to them.  I expect that I should be able to get back to you on Monday.

Best,
Eileen

---

**From:** Norris, David S. <david.norris@squirepb.com>
**Sent:** Friday, September 16, 2022 5:09 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** McGrane, Sean L. <sean.mcgrane@squirepb.com>
**Subject:** RE: ACV Auctions v. NAAA | ADESSA US

Hi Eileen – I just called and left you a message.  Can you let us know if you've had a chance to discuss the extension with your client?  We're hoping to get something on file soon given our upcoming deadline.

Thanks and have a great weekend!

Regards,
David

**David S. Norris**
Squire Patton Boggs (US) LLP
T  +1 602 528 4013
**david.norris@squirepb.com** | squirepattonboggs.com

---

**From:** Norris, David S.
**Sent:** Thursday, September 15, 2022 4:22 PM
**To:** 'eileen.cole@orrick.com' <eileen.cole@orrick.com>
**Cc:** McGrane, Sean L. <sean.mcgrane@squirepb.com>
**Subject:** ACV Auctions v. NAAA | ADESSA US

Hi Eileen,

Thanks for returning my call and very nice to meet you over the phone.

As discussed, we have just been retained to represent ADESSA US in the *ACV Auctions v. NAAA* matter.  We would appreciate an extension to our response deadline as we get up to speed on this matter and agree that a coordinated briefing schedule amongst the other defendants makes sense.  We understand NAAA's response deadline is October 31, so we are asking for an extension until then.  I understand you need to check with your client.  Since our current response deadline is next Friday, September 23, we'd appreciate hearing back when you can.

Thanks again for the call.  We look forward to working with you on this one.

Regards,
David



**David S. Norris**
Principal
Squire Patton Boggs (US) LLP
2325 E Camelback Rd, Suite 700
Phoenix, AZ,  85016

T  +1 602 528 4013
O  +1 602 528 4000
F  +1 602 253 8129

**david.norris@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

-------------------------------------------------------------------
45 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
-------------------------------------------------------------------

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com.*

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.