# EXHIBIT C

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum
of Law in Opposition to Defendants' Motion for Extension of Time*

## Cole, Eileen

| | |
|---|---|
| **From:** | Hamill, John <John.Hamill@us.dlapiper.com> |
| **Sent:** | Wednesday, September 21, 2022 6:56 PM |
| **To:** | Cole, Eileen; Norris, David S. |
| **Cc:** | Cathell, Dale K.; McGrane, Sean L.; Jurata, Jay; Myriah Jaworski |
| **Subject:** | Re: ACV Auctions Inc. v. National Auto et al. (W.D.N.Y.) |

| | |
|---|---|
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Thanks -- sorry for delay today.  This works for us.  Signature block for now can be as below.  You have my permission to put any requisite e-signature on the document.

John J. Hamill (pro hac vice forthcoming)
DLA PIPER LLP (US)
444 West Lake St, Suite 900
Chicago, IL 60606
312-368-7036
john.hamill@us.dlapiper.com

Dale K. Cathell (pro hac vice forthcoming)
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
410-480-4122
Baltimore, MD 21209
dale.cathell@us.dlapiper.com

*Attorneys for Independent Auto Auction Services Corporation*
*d/b/a Independent Auction Group*

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Wednesday, September 21, 2022 12:40 PM
**To:** Hamill, John <John.Hamill@us.dlapiper.com>; Norris, David S. <david.norris@squirepb.com>
**Cc:** Cathell, Dale K. <Dale.Cathell@us.dlapiper.com>; McGrane, Sean L. <sean.mcgrane@squirepb.com>; Jurata, Jay <jjurata@orrick.com>; Myriah Jaworski <mjaworski@octillolaw.com>
**Subject:** RE: ACV Auctions Inc. v. National Auto et al. (W.D.N.Y.)

⚠ EXTERNAL MESSAGE

John and David,

I am reaching out to you both as we think filing a joint stipulation today would be most efficient.  Both IAG and ADESA USA have asked for an extension to Oct. 31.  ACV agrees to the Oct 31 extension in order to allow the parties time to work out a joint briefing schedule.
The attached sets this forth.

1

If this is agreeable to all, we need counsel for IAG's signature block.  I also highlighted a sentence where IAG may want to add language.  Octillo is happy to file though Squire may prefer to do so.

Please let us know.

Thanks
Eileen

**Eileen M. Cole**
Partner

Pronouns: she/her

Orrick
Washington, DC    Ⓥ
T 202/339-8460
M 703/819-6712
eileen.cole@orrick.com

**From:** Hamill, John <John.Hamill@us.dlapiper.com>
**Sent:** Tuesday, September 20, 2022 9:32 PM
**To:** Jurata, Jay <jjurata@orrick.com>
**Cc:** Cathell, Dale K. <Dale.Cathell@us.dlapiper.com>; Cole, Eileen <eileen.cole@orrick.com>
**Subject:** Re: ACV Auctions Inc. v. National Auto et al. (W.D.N.Y.)

Jay — thank you, we appreciate it.

Best regards,
John

Get Outlook for iOS

**From:** Jurata, Jay <jjurata@orrick.com>
**Sent:** Tuesday, September 20, 2022 4:37:02 PM
**To:** Hamill, John <John.Hamill@us.dlapiper.com>
**Cc:** Cathell, Dale K. <Dale.Cathell@us.dlapiper.com>; Cole, Eileen <eileen.cole@orrick.com>
**Subject:** RE: ACV Auctions Inc. v. National Auto et al. (W.D.N.Y.)

⚠ EXTERNAL MESSAGE

John,

Thanks for reaching out.  ACV will agree to an extension of Independent Auto's response date, in anticipation of negotiating a unified briefing schedule with all Defendants.  We can also represent that the earliest response date for Independent Auto under that unified schedule would be 10/31.

We will be in touch over the next few days with more specifics.

Best, Jay

2

**From:** Hamill, John <John.Hamill@us.dlapiper.com>
**Sent:** Tuesday, September 20, 2022 11:00 AM
**To:** Jurata, Jay <jjurata@orrick.com>
**Cc:** Cathell, Dale K. <Dale.Cathell@us.dlapiper.com>
**Subject:** ACV Auctions Inc. v. National Auto et al. (W.D.N.Y.)

Jay --

This is John Hamill over at DLA Piper.  At least for purposes of this extension request, we represent Independent Auto in this matter.  Right now Independent Auto has a response date of 9/27.  We assume that there will be a uniform response date, for all the usual reasons, and we assume that that will be in the works.  In the meantime, can we get your agreement that Independent Auto have an extension to respond to the complaint on a date that is consistent with the other defendants' current response date -- which I understand is 10/31?

Many thanks.

John

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.