# EXHIBIT D

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum
of Law in Opposition to Defendants' Motion for Extension of Time*

## Cole, Eileen

| | |
|---|---|
| **From:** | Norris, David S. <david.norris@squirepb.com> |
| **Sent:** | Wednesday, September 21, 2022 1:55 PM |
| **To:** | Cole, Eileen; Hamill, John |
| **Cc:** | Cathell, Dale K.; McGrane, Sean L.; Jurata, Jay; Myriah Jaworski |
| **Subject:** | RE: ACV Auctions Inc. v. National Auto et al. (W.D.N.Y.) |
| **Attachments:** | ACV v. NAAA - Stipulated Extension for ADESA US and IAG to Respond to Complaint 4125-1304-7102 2.docx |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Eileen – Thanks for your email.  This looks fine to ADESA US.  We can get this on file once we have IAG's approval.

John – If this is OK with IAG, please update the draft with your signature block and send it back to us, and we'll file it.

Thanks everyone.

Regards,
David

**David S. Norris**
Squire Patton Boggs (US) LLP
T  +1 602 528 4013
**david.norris@squirepb.com** | squirepattonboggs.com

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Wednesday, September 21, 2022 10:40 AM
**To:** Hamill, John <John.Hamill@us.dlapiper.com>; Norris, David S. <david.norris@squirepb.com>
**Cc:** Cathell, Dale K. <Dale.Cathell@us.dlapiper.com>; McGrane, Sean L. <sean.mcgrane@squirepb.com>; Jurata, Jay <jjurata@orrick.com>; Myriah Jaworski <mjaworski@octillolaw.com>
**Subject:** [EXT] RE: ACV Auctions Inc. v. National Auto et al. (W.D.N.Y.)

John and David,

I am reaching out to you both as we think filing a joint stipulation today would be most efficient.  Both IAG and ADESA USA have asked for an extension to Oct. 31.  ACV agrees to the Oct 31 extension in order to allow the parties time to work out a joint briefing schedule.
The attached sets this forth.

If this is agreeable to all, we need counsel for IAG's signature block.  I also highlighted a sentence where IAG may want to add language.  Octillo is happy to file though Squire may prefer to do so.

Please let us know.

Thanks
Eileen

**Eileen M. Cole**
Partner

Pronouns: she/her

Orrick
Washington, DC  Ⓥ
T 202/339-8460
M 703/819-6712
eileen.cole@orrick.com

---

**From:** Hamill, John <John.Hamill@us.dlapiper.com>
**Sent:** Tuesday, September 20, 2022 9:32 PM
**To:** Jurata, Jay <jjurata@orrick.com>
**Cc:** Cathell, Dale K. <Dale.Cathell@us.dlapiper.com>; Cole, Eileen <eileen.cole@orrick.com>
**Subject:** Re: ACV Auctions Inc. v. National Auto et al. (W.D.N.Y.)

Jay — thank you, we appreciate it.

Best regards,
John

Get Outlook for iOS

---

**From:** Jurata, Jay <jjurata@orrick.com>
**Sent:** Tuesday, September 20, 2022 4:37:02 PM
**To:** Hamill, John <John.Hamill@us.dlapiper.com>
**Cc:** Cathell, Dale K. <Dale.Cathell@us.dlapiper.com>; Cole, Eileen <eileen.cole@orrick.com>
**Subject:** RE: ACV Auctions Inc. v. National Auto et al. (W.D.N.Y.)

⚠ EXTERNAL MESSAGE

John,

Thanks for reaching out.  ACV will agree to an extension of Independent Auto's response date, in anticipation of negotiating a unified briefing schedule with all Defendants.  We can also represent that the earliest response date for Independent Auto under that unified schedule would be 10/31.

We will be in touch over the next few days with more specifics.

Best, Jay

---

**From:** Hamill, John <John.Hamill@us.dlapiper.com>
**Sent:** Tuesday, September 20, 2022 11:00 AM
**To:** Jurata, Jay <jjurata@orrick.com>
**Cc:** Cathell, Dale K. <Dale.Cathell@us.dlapiper.com>
**Subject:** ACV Auctions Inc. v. National Auto et al. (W.D.N.Y.)

Jay --

This is John Hamill over at DLA Piper.  At least for purposes of this extension request, we represent Independent Auto in this matter.  Right now Independent Auto has a response date of 9/27.  We assume that there will be a uniform response date, for all the usual reasons, and we assume that that will be in the works.  In the meantime, can we get your agreement that Independent Auto have an extension to respond to the complaint on a date that is consistent with the other defendants' current response date -- which I understand is 10/31?

Many thanks.

John

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

--------------------------------------------------------------------
45 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment

3

from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.


#US
--------------------------------------------------------------------

4

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ACV Auctions, Inc., | Index No. 1:22-cv-00479-GWC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT TO ALLOW FOR CONSOLIDATED BRIEFING SCHEDULE** |
| v. | |
| National Auto Auction Association, Inc., *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 7 and 29, Plaintiff ACV Auctions, Inc. ("ACV"), Defendant ADESA US Auction, LLC ("ADESA US"), and Defendant Independent Auto Auction Services Corporation d/b/a Independent Auction Group ("IAG") hereby stipulate to and jointly move the Court for an extension for ADESA US and IAG to move or otherwise file a responsive pleading to ACV's Complaint until October 31, 2022 in order to allow the parties to negotiate a consolidated joint briefing schedule.  In support, the parties state as follows:

1. There are seven defendants named in the Complaint.

2. ACV served Defendant ADESA US with the Complaint on September 2, 2022.

3. ACV served Defendant IAG with the Complaint on September 6, 2022.

4. The current deadline for ADESA US to respond to the Complaint under Federal Rule of Civil Procedure 12 is September 23, 2022.

5. The current deadline for IAG to respond to the Complaint under Federal Rule of Civil Procedure 12 is September 27, 2022.

6.      The current deadline for Defendants National Auto Auction Association, Inc., Auto Auction Services Corporation, and Defendant ServNet Auction Group, and AASC to answer or move to dismiss the Complaint is October 31, 2022.

7.      Counsel for ADESA US and IAG each requested an extension, until October 31, 2022 to respond to the Complaint.  ACV's counsel agreed to stipulate to the extension to allow the parties time to agree on a joint briefing schedule.

8.      The requested extensions are for good cause.  ACV's Complaint asserts six claims for relief under federal and state antitrust laws.  ADESA US recently retained the undersigned firm in this matter, who is still investigating the allegations and preparing ADESA US's defenses.  IAG is similarly situated

9.      There have been no prior extensions to this deadline.

10.     The requested extension is in the interest of judicial efficiency and will not prejudice any party or unduly delay this case.

The parties thus hereby stipulate and jointly request that ADESA US and IAG has up to and including October 31, 2022 to move or otherwise file a responsive pleading to ACV's Complaint.

Dated: September 21, 2022

/s/                                                   /s/ Elizabeth F. Ahlstrand
Myriah Jaworski                        Elizabeth F. Ahlstrand
Chirag H. Patel (*pro hac vice* pending)    Sean L. McGrane (*pro hac vice* forthcoming)
OCTILLO PLLC                          SQUIRE PATTON BOGGS (US) LLP
Liberty Building                         1211 Avenue of the Americas, 26th Floor
420 Main St., Suite 1110              New York, NY 10036
Buffalo, New York 14202              Tel.:  +1 212 872 9800
(716) 725-2609                         Fax:  +1 212 872 9815
mjaworski@octillolaw.com             elizabeth.ahlstrand@squirepb.com
cpatel@octillolaw.com                sean.mcgrane@squirepb.com
                                      david.norris@squirepb.com

John (Jay) Jurata, Jr. (*pro hac vice*

-2-

forthcoming)
Eileen M. Cole (*pro hac vice* forthcoming)
Benjamin Chagnon (*pro hac vice*
forthcoming)
Christie Boyden (*pro hac vice* forthcoming)
ORRICK, HERRINGTON & SUTCLIFFE
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
(202) 339-8400
jjurata@orrick.com
eileen.cole@orrick.com
bchagnon@orrick.com
cboyden@orrick.com

*Counsel for Plaintiff*
*ACV Auctions, Inc.*

Brian A. Cabianca (*pro hac vice* forthcoming)
David S. Norris (*pro hac vice* forthcoming)
SQUIRE PATTON BOGGS (US) LLP
2325 E Camelback Rd, Suite 700
Phoenix, AZ,  85016
Tel.:  +1 602 528 4000
Fax:  +1 602 253 8129
brian.cabianca@squirepb.com
david.norris@squirepb.com

*Attorneys for Defendant*
*ADESA US Auction, LLC*

Signature block for IAG

-3-