# EXHIBIT E

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum
of Law in Opposition to Defendants' Motion for Extension of Time*

## Cole, Eileen

| | |
|---|---|
| **From:** | Cole, Eileen |
| **Sent:** | Tuesday, September 27, 2022 9:29 PM |
| **To:** | Jennifer.Giordano@lw.com; Cole, Eva; Duxstad, Lauren |
| **Cc:** | Allyson.Maltas@lw.com; mjaworski@octillolaw.com |
| **Subject:** | RE: ACV Auctions v. NAAA et al. |
| **Attachments:** | 2022.09.27 ACV Auto IMS - Proposed Stipulation for Defendants to Respond DRAFT.docx |

| | |
|---|---|
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Jenn and Eva,

Please see attached draft stipulation.

Eileen

**Eileen M. Cole**
Partner
Pronouns: she/her

Orrick
Washington, DC  Ⓥ
T 202/339-8460
M 703/819-6712
eileen.cole@orrick.com

---

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Tuesday, September 27, 2022 3:21 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Yes if you could send a draft stipulation that would be great.  I understand that at least one defendant may have a deadline tomorrow so would like to get something on file tomorrow, if possible.

Thanks,
Jenn

---

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Tuesday, September 27, 2022 1:44 PM
**To:** Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>

1

**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>; Myriah Jaworski <mjaworski@octillolaw.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Jenn

Given the upcoming deadlines for some, ACV agrees to the Defendants proposed consolidated briefing schedule.  If further adjustment is needed, we can revisit at that time.

Shall we send a draft stipulation?

Thanks
Eileen

---

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Tuesday, September 27, 2022 8:45 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** Allyson.Maltas@lw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Eileen -  Following up to see when you expect to have a response.

Thanks,
Jenn

**Jennifer L. Giordano**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.1013
Email: jennifer.giordano@lw.com
https://www.lw.com

---

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Date:** Friday, Sep 23, 2022, 11:00 AM
**To:** Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Jennifer,

Just letting you know that we are conferring with the client and will get back to you as soon as possible.

Thanks
Eileen

---

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Thursday, September 22, 2022 8:58 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>

**Cc:** Allyson.Maltas@lw.com
**Subject:** ACV Auctions v. NAAA et al.

Eileen –

Thanks for our discussion yesterday.  As I mentioned, I (together with my colleague Allyson Maltas ,copied) represent Manheim in the above-referenced matter that ACV Auctions recently filed.

You asked that I put in writing defendants' proposal to address the fact that different defendants currently have different deadlines to respond to the complaint.   To avoid inefficiency and potential seriatim motions, I'm writing on behalf of all defendants to request an extension of time for all defendants to respond to the complaint until November 11, 2022.

In exchange for that extension (and to avoid ruining anyone's holidays), defendants are willing to agree to additional time for plaintiff to respond to the motion(s) to dismiss.   We propose the following briefing schedule:

1.      Opening brief(s) on November 11, 2022
2.      Opposition brief(s) on January 13, 2022
3.      Reply brief(s) on February 10, 2022

Please let us know if this acceptable to plaintiff.

Thanks,
Jenn

**Jennifer L. Giordano**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.1013
Email: jennifer.giordano@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

ACV Auctions, Inc.,

   Plaintiff,

 v.            Index No. 1:22-cv-00649-GWC

National Auto Auction Association, Inc., *et al.*,

   Defendants.

**<u>STIPULATION</u>**

 **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for Plaintiff ACV Auctions, Inc. ("ACV") and Defendants National Auto Auction Association, Inc. ("NAAA"), Auto Auction Services Corporation ("AASC"), Manheim Auctions, Inc. ("Manheim"), ADESA US Auction, LLC ("ADESA US"), ADESA, Inc. ( "ADESA, Inc."), ServNet Auction Group ("ServNet"), and Independent Auto Auction Services Corporation d/b/a Independent Auction Group ("IAG") (collectively, "Defendants"):

 Whereas there are seven defendants named in the Complaint.

 Whereas all Defendants have now been served.

 Whereas ACV's Complaint asserts six claims for relief under federal and state antitrust laws.

 Whereas Defendants have recently engaged counsel and are investigating the allegations and preparing Defendants' defenses.

 Whereas a coordinated and consolidated briefing schedule will preserve judicial resources.

 The parties agree to the following:

1.        Defendants shall individually answer or file a consolidated joint motion to dismiss by November 11, 2022.

2.        If Defendants move to dismiss, ACV shall file and serve opposition papers on January 13, 2023; and

3.        Defendants may have until February 10, 2023 to file and serve reply papers.

4.        The requested briefing schedule is in the interests of all parties in light of the complex issues presented in this action as well as the intervening Thanksgiving, Christmas, and New Years holidays.

5.        The requested extension will not prejudice any party or unduly delay this case.

We respectfully request that the Court authorize the briefing schedule described herein.

<table>
<tr><td>

/s/ *Myriah Jaworski*
Myriah Jaworski
Chirag H. Patel (*pro hac vice* pending)
OCTILLO PLLC
Liberty Building
420 Main St., Suite 1110
Buffalo, New York 14202
(716) 725-2609
mjaworski@octillolaw.com
cpatel@octillolaw.com

John (Jay) Jurata, Jr. (*pro hac vice* forthcoming)
Eileen M. Cole (*pro hac vice* forthcoming)
Benjamin Chagnon (*pro hac vice* forthcoming)
Christie Boyden (*pro hac vice* forthcoming)
ORRICK, HERRINGTON & SUTCLIFFE
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
(202) 339-8400

</td><td>

/s/ *Elizabeth F. Ahlstrand*
Elizabeth F. Ahlstrand
Sean L. McGrane (*pro hac vice* forthcoming)
SQUIRE PATTON BOGGS (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, NY 10036
Tel.:  +1 212 872 9800
Fax:  +1 212 872 9815
elizabeth.ahlstrand@squirepb.com
sean.mcgrane@squirepb.com
david.norris@squirepb.com

Brian A. Cabianca (*pro hac vice* forthcoming)
David S. Norris (*pro hac vice* forthcoming)
SQUIRE PATTON BOGGS (US) LLP
2325 E Camelback Rd, Suite 700
Phoenix, AZ,  85016
Tel.:  +1 602 528 4000
Fax:  +1 602 253 8129
brian.cabianca@squirepb.com

</td></tr>
</table>

jjurata@orrick.com
eileen.cole@orrick.com
bchagnon@orrick.com
cboyden@orrick.com

*Counsel for Plaintiff*
*ACV Auctions, Inc.*

*/s/ [Name]*
[Name]
[Firm]
[Firm Address]
Tel.:  +1 XXX XXX XXXX
[Email]

*Attorneys for Defendant*
*National Auto Auction Association, Inc.*

*/s/ [Name]*
[Name]
[Firm]
[Firm Address]
Tel.:  +1 XXX XXX XXXX
[Email]

*Attorneys for Defendant*
*Auto Auction Services Corporation*

*/s/ [Name]*
[Name]
[Firm]
[Firm Address]
Tel.:  +1 XXX XXX XXXX
[Email]

*Attorneys for Defendant*
*ServNet Auction Group*

david.norris@squirepb.com

*Attorneys for Defendant*
*ADESA US Auction, LLC*

*/s/ [Name]*
[Name]
[Firm]
[Firm Address]
Tel.:  +1 XXX XXX XXXX
[Email]

*Attorneys for Defendant*
*ADESA Inc.*

*/s/ Jennifer L. Giordano*
Jennifer Giordano
Allyson Maltas
Lathan & Watkins LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Tel.:  +1 202 637 1013
Jennifer.giordano@lw.com
Allyson.Maltas@lw.com

*Attorneys for Defendant*
*Manheim Auctions, Inc.*

*/s/ [Name]*
[Name]
[Firm]
[Firm Address]
Tel.:  +1 XXX XXX XXXX
[Email]

*Attorneys for Defendant*
*Independent Auto Auction Services Corporation d/b/a Independent Auction Group*

## **ORDER**

_____IT IS SO ORDERED.

Dated: _____, 2022

-4-

_____
GEOFFREY W. CRAWFORD
United States District Court Judge

-4-