# EXHIBIT F

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum
of Law in Opposition to Defendants' Motion for Extension of Time*

## Cole, Eileen

| | |
|---|---|
| **From:** | Cole, Eva <EWCole@winston.com> |
| **Sent:** | Tuesday, September 27, 2022 9:48 PM |
| **To:** | Cole, Eileen; Myriah Jaworski |
| **Cc:** | Duxstad, Lauren |
| **Subject:** | Re: ACV Auctions v. NAAA et al. |

| | |
|---|---|
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

No problem. Thanks - will review.

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Tuesday, September 27, 2022 9:30:10 PM
**To:** Cole, Eva <EWCole@winston.com>; Myriah Jaworski <mjaworski@octillolaw.com>
**Cc:** Duxstad, Lauren <LDuxstad@winston.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Eva

Apologies for the delay, I had a commitment most of the day.  I just sent it.

**From:** Cole, Eva <EWCole@winston.com>
**Sent:** Tuesday, September 27, 2022 3:50 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>; Myriah Jaworski <mjaworski@octillolaw.com>
**Cc:** Duxstad, Lauren <LDuxstad@winston.com>
**Subject:** ACV Auctions v. NAAA et al.

Hi Eileen,
We are representing Adessa Inc. in this litigation and understand from Jennifer Giordano that you will be sending a draft stipulation regarding the briefing schedule.  Our response deadline is tomorrow, so we need to get something on file by then. Please let me know if we can do anything to help expedite.

Thanks much!

Best,
Eva

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com



1

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.