# EXHIBIT G

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum
of Law in Opposition to Defendants' Motion for Extension of Time*

## Cole, Eileen

| | |
|---|---|
| **From:** | Cole, Eva <EWCole@winston.com> |
| **Sent:** | Wednesday, September 28, 2022 2:06 PM |
| **To:** | Cole, Eileen; Jennifer.Giordano@lw.com; Duxstad, Lauren |
| **Cc:** | Allyson.Maltas@lw.com; mjaworski@octillolaw.com |
| **Subject:** | RE: ACV Auctions v. NAAA et al. |
| **Attachments:** | Defendants' Edits - 2022.09.28 ACV Auto IMS - Proposed Stipulation for Extension.docx |

| | |
|---|---|
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Dear Eileen,
We are waiting for a few signature blocks and final sign-off from a couple of defendants, but given the timing, we wanted to get back to you with the defendants' proposed changes.  Please let us know if you have any comments/concerns.

Thanks,
Eva

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com



**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Tuesday, September 27, 2022 9:29 PM
**To:** Jennifer.Giordano@lw.com; Cole, Eva <EWCole@winston.com>; Duxstad, Lauren <LDuxstad@winston.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Jenn and Eva,

Please see attached draft stipulation.

Eileen

**Eileen M. Cole**
Partner
Pronouns: she/her

Orrick
Washington, DC  Ⓥ

T 202/339-8460
M 703/819-6712
eileen.cole@orrick.com

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Tuesday, September 27, 2022 3:21 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Yes if you could send a draft stipulation that would be great.  I understand that at least one defendant may have a deadline tomorrow so would like to get something on file tomorrow, if possible.

Thanks,
Jenn

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Tuesday, September 27, 2022 1:44 PM
**To:** Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>; Myriah Jaworski <mjaworski@octillolaw.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Jenn

Given the upcoming deadlines for some, ACV agrees to the Defendants proposed consolidated briefing schedule.  If further adjustment is needed, we can revisit at that time.

Shall we send a draft stipulation?

Thanks
Eileen

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Tuesday, September 27, 2022 8:45 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** Allyson.Maltas@lw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Eileen -  Following up to see when you expect to have a response.

Thanks,
Jenn

**Jennifer L. Giordano**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.1013
Email: jennifer.giordano@lw.com
https://www.lw.com

---

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Date:** Friday, Sep 23, 2022, 11:00 AM
**To:** Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Jennifer,

Just letting you know that we are conferring with the client and will get back to you as soon as possible.

Thanks
Eileen

---

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Thursday, September 22, 2022 8:58 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** Allyson.Maltas@lw.com
**Subject:** ACV Auctions v. NAAA et al.

Eileen –

Thanks for our discussion yesterday.  As I mentioned, I (together with my colleague Allyson Maltas ,copied) represent Manheim in the above-referenced matter that ACV Auctions recently filed.

You asked that I put in writing defendants' proposal to address the fact that different defendants currently have different deadlines to respond to the complaint.   To avoid inefficiency and potential seriatim motions, I'm writing on behalf of all defendants to request an extension of time for all defendants to respond to the complaint until November 11, 2022.

In exchange for that extension (and to avoid ruining anyone's holidays), defendants are willing to agree to additional time for plaintiff to respond to the motion(s) to dismiss.   We propose the following briefing schedule:

1.	Opening brief(s) on November 11, 2022
2.	Opposition brief(s) on January 13, 2022
3.	Reply brief(s) on February 10, 2022

Please let us know if this acceptable to plaintiff.

Thanks,
Jenn

**Jennifer L. Giordano**

**LATHAM & WATKINS LLP**

3

555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.1013
Email: jennifer.giordano@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ACV Auctions, Inc., | |
| Plaintiff, | |
| v. | ~~Index~~ Case No. 1:22-cv-00649-GWC |
| National Auto Auction Association, Inc., *et al.*, | Hon. Geoffrey W. Crawford |
| Defendants. | |
| ~~National Auto Auction Association, Inc., *et al.*,~~ | |
| ~~Defendants.~~ | |

**STIPULATION AND [PROPOSED] ORDER REGARDING TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT AND CONSOLIDATED BRIEFING SCHEDULE**

~~IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for~~WHEREAS, on August 26, 2022, Plaintiff ACV Auctions, Inc. ("ACV") filed a complaint (the "Complaint") in the above-captioned action against ~~and~~ Defendants National Auto Auction Association, Inc. ("NAAA"), Auto Auction Services Corporation ("AASC"), Manheim Auctions, Inc. ("Manheim"), ADESA US Auction, LLC ("ADESA US"), ADESA, Inc. ( "ADESA, Inc."), ServNet Auction Group ("ServNet"), and Independent Auto Auction Services Corporation d/b/a Independent Auction Group ("IAG") (collectively, "Defendants");

~~Whereas~~ WHEREAS, there are seven ~~d~~Defendants named in the Complaint;

WHEREAS, the Complaint asserts six claims for relief under federal and state antitrust laws;

WHEREAS, ~~Whereas~~ all Defendants have now ~~been served~~received service of process in the above-captioned action[1]; and.

~~Whereas ACV's Complaint asserts six claims for relief under federal and state antitrust laws.~~

~~Whereas Defendants have recently engaged counsel and are investigating the allegations and preparing Defendants' defenses.~~

~~Whereas~~WHEREAS, a coordinated and consolidated briefing schedule will preserve judicial resources.

~~The parties agree to the following~~NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned:

**Formatted:** Justified, Indent: Left: 0", First line: 0.5"

1.    Defendants shall ~~individually answer or file a consolidated joint motion to dismiss~~ respond to the Complaint by November 11, 2022.

2.    If Defendants move to dismiss, ACV shall file and serve opposition papers on January 13, 2023.~~; and~~

3.    Defendants may have until February 10, 2023 to file and serve reply papers.

4.    The ~~requested~~ stipulated consolidated briefing schedule is in the interests of all parties in light of the complex issues presented in this action as well as the intervening ~~Thanksgiving, Christmas, and New Years~~ holidays.

5.    The requested extension and consolidated briefing schedule will not prejudice any party or unduly delay this case.

---

[1] Defendants expressly reserve the right to contest whether any party is properly named in the Complaint.

WHEREFORE, the parties respectfully request that the Court grand Defendant an extension of time to respond to the Complaint and enter the consolidated briefing schedule set forth herein.

~~We respectfully request that the Court authorize the briefing schedule described herein.~~

Respectfully submitted,

| | |
|---|---|
| /s/ *Myriah Jaworski*<br>Myriah Jaworski<br>Chirag H. Patel (*pro hac vice* pending)<br>OCTILLO PLLC<br>Liberty Building<br>420 Main St., Suite 1110<br>Buffalo, New York 14202<br>(716) 725-2609<br>mjaworski@octillolaw.com<br>cpatel@octillolaw.com | /s/ *Elizabeth F. Ahlstrand*<br>Elizabeth F. Ahlstrand<br>Sean L. McGrane (*pro hac vice* forthcoming)<br>SQUIRE PATTON BOGGS (US) LLP<br>1211 Avenue of the Americas, 26th Floor<br>New York, NY 10036<br>Tel.: +1 212 872 9800<br>Fax: +1 212 872 9815<br>elizabeth.ahlstrand@squirepb.com<br>sean.mcgrane@squirepb.com<br>david.norris@squirepb.com |
| John (Jay) Jurata, Jr. (*pro hac vice* forthcoming)<br>Eileen M. Cole (*pro hac vice* forthcoming)<br>Benjamin Chagnon (*pro hac vice* forthcoming)<br>Christie Boyden (*pro hac vice* forthcoming)<br>ORRICK, HERRINGTON & SUTCLIFFE<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC 20005-1706<br>(202) 339-8400<br>jjurata@orrick.com<br>eileen.cole@orrick.com<br>bchagnon@orrick.com<br>cboyden@orrick.com | Brian A. Cabianca (*pro hac vice* forthcoming)<br>David S. Norris (*pro hac vice* forthcoming)<br>SQUIRE PATTON BOGGS (US) LLP<br>2325 E Camelback Rd, Suite 700<br>Phoenix, AZ, 85016<br>Tel.: +1 602 528 4000<br>Fax: +1 602 253 8129<br>brian.cabianca@squirepb.com<br>david.norris@squirepb.com<br><br>*Attorneys for Defendant*<br>*ADESA US Auction, LLC* |
| *Counsel for Plaintiff*<br>*ACV Auctions, Inc.* | /s/ *David Feher*<br>David Feher<br>Jeffrey L. Kessler<br>Eva W. Cole<br>George E. Mastoris<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Tel.: +1 212 294 6700<br>Fax.: +1 212 294 4700<br>DFeher@winston.com<br>JKessler@winston.com<br>EWCole@winston.com |
| /s/ [Name]<br>[Name]<br>[Firm]<br>[Firm Address]<br>Tel.: +1 XXX XXX XXXX<br>[Email]<br><br>*Attorneys for Defendant*<br>*National Auto Auction Association, Inc.* | |

-3-

/s/ [Name]
[Name]
[Firm]
[Firm Address]
Tel.:  +1 XXX XXX XXXX
[Email]

*Attorneys for Defendant*
*Auto Auction Services Corporation*

/s/ Brittany E. Lawrence
Joseph J. Porcello (*admission forthcoming*)
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Tel.: (315) 413-7113
jporcello@barclaydamon.com

Brittany E. Lawrence
BARCLAY DAMON LLP
2000 Five Star Bank Plaza
100 Chestnut Street, Suite 2000
Rochester, New York 14604
Tel.: (585) 295-4320
blawrence@barclaydamon.com /s/ [Name]
[Name]
[Firm]
[Firm Address]
Tel.:  +1 XXX XXX XXXX
[Email]

*Attorneys for Defendant*
*ServNet Auction Group*

GMastoris@winston.com /s/ [Name]
[Name]
[Firm]
[Firm Address]
Tel.:  +1 XXX XXX XXXX
[Email]

*Attorneys for Defendant*
*ADESA Inc.*

/s/ Vincent E. Doyle III
Vincent E. Doyle III
CONNORS LLP
424 Main Street, Suite 1000
Buffalo, NY 14202
Telephone: (716) 852-5533
ved@connorsllp.com

Jennifer L. Giordano (*pro hac vice* forthcoming)
Allyson Maltas (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-1013
Jennifer.Giordano@lw.com
Allyson.Maltas@lw.com /s/ Jennifer L. Giordano
Jennifer Giordano
Allyson Maltas
Lathan & Watkins LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Tel.:  +1 202 637 1013

*Attorneys for Defendant*
*Manheim Auctions, Inc.*

/s/ [Name]
[Name]
[Firm]
[Firm Address]
Tel.:  +1 XXX XXX XXXX
[Email]

*Attorneys for Defendant*

Formatted: No underline, Font color: Auto

Formatted: Default Paragraph Font

Formatted: Default Paragraph Font

Formatted: Default Paragraph Font

Formatted: Default Paragraph Font

Formatted: Indent: Left:  -0.07"

*Independent Auto Auction Services Corporation d/b/a Independent Auction Group*

## <u>ORDER</u>

_____IT IS SO ORDERED.

Dated: _____, 2022

_____
GEOFFREY W. CRAWFORD
United States District Court Judge

-5-