# EXHIBIT H

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Extension of Time*

## Cole, Eileen

| | |
|---|---|
| **From:** | Cole, Eileen |
| **Sent:** | Wednesday, September 28, 2022 5:41 PM |
| **To:** | Jennifer.Giordano@lw.com; EWCole@winston.com; LDuxstad@winston.com |
| **Cc:** | Allyson.Maltas@lw.com; mjaworski@octillolaw.com |
| **Subject:** | RE: ACV Auctions v. NAAA et al. |
| **Attachments:** | AACV Edits - 2022.09.28 ACV Auto IMS - Proposed Stipulation for Extension.docx |

| | |
|---|---|
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Jenn and Eva,

Thanks for the confirmation.  We would like to make clear that joint briefing with this reservation of rights has been agreed.  Also, if ACV is facing 7 briefs all at once, ACV would like up to 90 days to respond.  Please see attached redline.

Eileen

---

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Wednesday, September 28, 2022 3:25 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>; EWCole@winston.com; LDuxstad@winston.com
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Eileen --  That is still the intent.  However, as I mentioned to you, it is possible that some defendants may have certain individualized issues that that may choose to raise.   We edited the language so that it encompassed that possibility too.

Thanks,
Jenn

---

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Wednesday, September 28, 2022 3:21 PM
**To:** Cole, Eva <EWCole@winston.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Duxstad, Lauren <LDuxstad@winston.com>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Jenn and Eva,

Based on the call with Jenn, I understood that Defendants intended to file a joint brief on common issues.  The edits seem to have struck that.  Is that no longer the intent?

Thanks,
Eileen

---

**From:** Cole, Eva <EWCole@winston.com>
**Sent:** Wednesday, September 28, 2022 2:06 PM

**To:** Cole, Eileen <eileen.cole@orrick.com>; Jennifer.Giordano@lw.com; Duxstad, Lauren <LDuxstad@winston.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Dear Eileen,
We are waiting for a few signature blocks and final sign-off from a couple of defendants, but given the timing, we wanted to get back to you with the defendants' proposed changes.  Please let us know if you have any comments/concerns.

Thanks,
Eva

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Tuesday, September 27, 2022 9:29 PM
**To:** Jennifer.Giordano@lw.com; Cole, Eva <EWCole@winston.com>; Duxstad, Lauren <LDuxstad@winston.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Jenn and Eva,

Please see attached draft stipulation.

Eileen

**Eileen M. Cole**
Partner
Pronouns: she/her

Orrick
Washington, DC
T 202/339-8460
M 703/819-6712
eileen.cole@orrick.com

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Tuesday, September 27, 2022 3:21 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Yes if you could send a draft stipulation that would be great.  I understand that at least one defendant may have a deadline tomorrow so would like to get something on file tomorrow, if possible.

Thanks,
Jenn

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Tuesday, September 27, 2022 1:44 PM
**To:** Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>; Myriah Jaworski <mjaworski@octillolaw.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Jenn

Given the upcoming deadlines for some, ACV agrees to the Defendants proposed consolidated briefing schedule.  If further adjustment is needed, we can revisit at that time.

Shall we send a draft stipulation?

Thanks
Eileen

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Tuesday, September 27, 2022 8:45 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** Allyson.Maltas@lw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Eileen -  Following up to see when you expect to have a response.

Thanks,
Jenn

**Jennifer L. Giordano**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.1013
Email: jennifer.giordano@lw.com
https://www.lw.com

**From:** Cole, Eileen <eileen.cole@orrick.com>

**Date:** Friday, Sep 23, 2022, 11:00 AM
**To:** Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Jennifer,

Just letting you know that we are conferring with the client and will get back to you as soon as possible.

Thanks
Eileen

---

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Thursday, September 22, 2022 8:58 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** Allyson.Maltas@lw.com
**Subject:** ACV Auctions v. NAAA et al.

Eileen –

Thanks for our discussion yesterday.  As I mentioned, I (together with my colleague Allyson Maltas ,copied) represent Manheim in the above-referenced matter that ACV Auctions recently filed.

You asked that I put in writing defendants' proposal to address the fact that different defendants currently have different deadlines to respond to the complaint.   To avoid inefficiency and potential seriatim motions, I'm writing on behalf of all defendants to request an extension of time for all defendants to respond to the complaint until November 11, 2022.

In exchange for that extension (and to avoid ruining anyone's holidays), defendants are willing to agree to additional time for plaintiff to respond to the motion(s) to dismiss.   We propose the following briefing schedule:

1.      Opening brief(s) on November 11, 2022
2.      Opposition brief(s) on January 13, 2022
3.      Reply brief(s) on February 10, 2022

Please let us know if this acceptable to plaintiff.

Thanks,
Jenn

**Jennifer L. Giordano**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.1013
Email: jennifer.giordano@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission

is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

ACV Auctions, Inc.,

                Plaintiff,

        v.

National Auto Auction Association, Inc., *et al.*,

                Defendants.

Case No. 1:22-cv-00649-GWC

Hon. Geoffrey W. Crawford

**STIPULATION AND [PROPOSED] ORDER REGARDING TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT AND CONSOLIDATED BRIEFING SCHEDULE**

WHEREAS, on August 26, 2022, Plaintiff ACV Auctions, Inc. ("ACV") filed a complaint (the "Complaint") in the above-captioned action against Defendants National Auto Auction Association, Inc. ("NAAA"), Auto Auction Services Corporation ("AASC"), Manheim Auctions, Inc. ("Manheim"), ADESA US Auction, LLC ("ADESA US"), ADESA, Inc. ( "ADESA, Inc."), ServNet Auction Group ("ServNet"), and Independent Auto Auction Services Corporation d/b/a Independent Auction Group ("IAG") (collectively, "Defendants");

WHEREAS, there are seven Defendants named in the Complaint;

WHEREAS, the Complaint asserts six claims for relief under federal and state antitrust laws;

WHEREAS, all Defendants have now received service of process in the above-captioned action[1]; and

WHEREAS, a coordinated and consolidated briefing schedule will preserve judicial resources.

---

[1] Defendants expressly reserve the right to contest whether any party is properly named in the Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned:

1.     Defendants shall respond to the Complaint by November 11, 2022. To the extent Defendants move to dismiss, Defendants will file a joint brief addressing common issues. Defendants reserve the right to also file individual briefs that address individual issues.

2.     If Defendants move to dismiss, ACV shall file and serve opposition papers on January 13 February 9, 2023.

3.     Defendants may have until February March 10, 2023 to file and serve reply papers.

4.     The stipulated consolidated briefing schedule is in the interests of all parties in light of the complex issues presented in this action as well as the intervening holidays.

5.     The requested extension and consolidated briefing schedule will not prejudice any party or unduly delay this case.

WHEREFORE, the parties respectfully request that the Court grant Defendants an extension of time to respond to the Complaint and enter the consolidated briefing schedule set forth herein.

Respectfully submitted,

/s/ *Myriah Jaworski*
Myriah Jaworski
Chirag H. Patel (*pro hac vice* pending)
OCTILLO PLLC
Liberty Building
420 Main St., Suite 1110
Buffalo, New York 14202
(716) 725-2609
mjaworski@octillolaw.com
cpatel@octillolaw.com

John (Jay) Jurata, Jr. (*pro hac vice* forthcoming)
Eileen M. Cole (*pro hac vice* forthcoming)
Benjamin Chagnon (*pro hac vice* forthcoming)

/s/ *Elizabeth F. Ahlstrand*
Elizabeth F. Ahlstrand
Sean L. McGrane (*pro hac vice* forthcoming)
SQUIRE PATTON BOGGS (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, NY 10036
Tel.:  +1 212 872 9800
Fax:  +1 212 872 9815
elizabeth.ahlstrand@squirepb.com
sean.mcgrane@squirepb.com

Brian A. Cabianca (*pro hac vice* forthcoming)
David S. Norris (*pro hac vice* forthcoming)
SQUIRE PATTON BOGGS (US) LLP

Christie Boyden (*pro hac vice* forthcoming)
ORRICK, HERRINGTON & SUTCLIFFE
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
(202) 339-8400
jjurata@orrick.com
eileen.cole@orrick.com
bchagnon@orrick.com
cboyden@orrick.com

*Counsel for Plaintiff*
*ACV Auctions, Inc.*

/s/ *John E. McCann, Jr.*
John E. McCann, Jr.
(*pro hac vice forthcoming*)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Direct Dial and Fax: (410) 385-3586
jmccann@milesstockbridge.com

*Counsel for Defendant*
*National Auto Auction Association, Inc.*

/s/ *Steve Penaro*
Steve Penaro
ALSTON & BIRD LLP
90 Park Avenue
15th Floor
New York, NY 10016
(212) 210-9400 (T)
(212) 210-9444 (F)
Steve.penaro@alston.com

Valarie Williams (*pro hac vice* forthcoming)
ALSTON & BIRD LLP
560 Mission Street
Suite 2100
San Francisco, CA 94105
(415) 243-1058 (T)
(415) 243-1000 (F)
Valarie.williams@alston.com

Matthew Kent (*pro hac vice* forthcoming)

2325 E Camelback Rd, Suite 700
Phoenix, AZ 85016
Tel.:  +1 602 528 4000
Fax:  +1 602 253 8129
brian.cabianca@squirepb.com
david.norris@squirepb.com

*Attorneys for Defendant*
*ADESA US Auction, LLC*

/s/ *David Feher*
David Feher
Jeffrey L. Kessler (*pro hac vice* forthcoming)
Eva W. Cole (*pro hac vice* forthcoming)
George E. Mastoris (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel.:  +1 212 294 6700
Fax.: +1 212 294 4700
DFeher@winston.com
JKessler@winston.com
EWCole@winston.com
GMastoris@winston.com

*Attorneys for Defendant*
*ADESA Inc.*

/s/ *Vincent E. Doyle III*
Vincent E. Doyle III
CONNORS LLP
424 Main Street, Suite 1000
Buffalo, NY 14202
Telephone: (716) 852-5533
ved@connorsllp.com

Jennifer L. Giordano (*pro hac vice* forthcoming)
Allyson Maltas (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-1013
Jennifer.Giordano@lw.com
Allyson.Maltas@lw.com

*Attorneys for Defendant*
*Manheim Auctions, Inc.*

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
Matthew.kent@alston.com

*Attorneys for Defendant*
*Auto Auction Services Corporation*


/s/ Brittany E. Lawrence
Joseph J. Porcello (*admission forthcoming*)
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Tel.: (315) 413-7113
jporcello@barclaydamon.com


Brittany E. Lawrence
BARCLAY DAMON LLP
2000 Five Star Bank Plaza
100 Chestnut Street, Suite 2000
Rochester, New York 14604
Tel.: (585) 295-4320
blawrence@barclaydamon.com


*Attorneys for Defendant*
*ServNet Auction Group*

*/s/ John J. Hamill*
John J. Hamill (*pro hac vice* forthcoming)
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel.:  +1 312 368 7036
john.hamill@us.dlapiper.com


Dale K. Cathell (*pro hac vice* forthcoming)
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
Tel.: +1 410 480 4122
dale.cathell@us.dlapiper.com


*Attorneys for Defendant*
*Independent Auto Auction Services Corporation*
*d/b/a Independent Auction Group*

**ORDER**

_____ IT IS SO ORDERED.

Dated: _____, 2022

_____
GEOFFREY W. CRAWFORD
United States District Court Judge