# EXHIBIT K

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Extension of Time*

## Cole, Eileen

| | |
|---|---|
| **From:** | Cole, Eva <EWCole@winston.com> |
| **Sent:** | Thursday, October 27, 2022 12:26 PM |
| **To:** | Cole, Eileen |
| **Subject:** | RE: ACV Auctions v. NAAA et al. |

| | |
|---|---|
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Hi Eileen,
Can we connect today?

Thanks,
Eva

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com



**From:** Cole, Eva
**Sent:** Tuesday, October 25, 2022 9:32 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Elieen,
Just following up on our call from Friday.  Have you had a chance to confer with your client?

Thanks,
Eva

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com



1

**From:** Cole, Eva
**Sent:** Friday, October 21, 2022 1:22 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

PS – I'm on my cell today: 917-583-1370.

Thanks,
Eva

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com



**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Friday, October 21, 2022 12:37 PM
**To:** Cole, Eva <EWCole@winston.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Can I call you between 2 and 3?  Hope to have a window in there.

**From:** Cole, Eva <EWCole@winston.com>
**Sent:** Friday, October 21, 2022 11:13 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

I was really hoping to get you today.  I don't think it will take more than 10 minutes. I can be flexible – whenever works for you.

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com



**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Friday, October 21, 2022 11:08 AM
**To:** Cole, Eva <EWCole@winston.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Eva

I cannot do noon today and, unfortunately, I am now under a bit of a fire drill on another matter.

Would this be able to wait until Monday?

Thanks
Eileen

---

**From:** Cole, Eva <EWCole@winston.com>
**Sent:** Friday, October 21, 2022 9:17 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Just following up to see if noon works?

Thanks,
Eva

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com



---

**From:** Cole, Eva
**Sent:** Thursday, October 20, 2022 5:46 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Can you do noon EST?

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com



**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Thursday, October 20, 2022 5:32 PM
**To:** Cole, Eva <EWCole@winston.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Tomorrow is better for me.  What time is good for you?

**From:** Cole, Eva <EWCole@winston.com>
**Sent:** Thursday, October 20, 2022 5:28 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Eileen,
Do you have a few minutes to chat either later today or tomorrow?

Best,
Eva

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com



**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Wednesday, September 28, 2022 9:54 PM
**To:** Myriah Jaworski <mjaworski@octillolaw.com>; Duxstad, Lauren <LDuxstad@winston.com>; Jennifer.Giordano@lw.com; Cole, Eva <EWCole@winston.com>
**Cc:** Allyson.Maltas@lw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Thanks all,

Eileen

**From:** Myriah Jaworski <mjaworski@octillolaw.com>
**Sent:** Wednesday, September 28, 2022 9:21 PM
**To:** Duxstad, Lauren <LDuxstad@winston.com>; Cole, Eileen <eileen.cole@orrick.com>; Jennifer.Giordano@lw.com; Cole, Eva <EWCole@winston.com>
**Cc:** Allyson.Maltas@lw.com
**Subject:** Re: ACV Auctions v. NAAA et al.

Thanks!

Get Outlook for iOS

**From:** Duxstad, Lauren <LDuxstad@winston.com>
**Sent:** Wednesday, September 28, 2022 6:19:58 PM
**To:** Myriah Jaworski <mjaworski@octillolaw.com>; Cole, Eileen <eileen.cole@orrick.com>; Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>; Cole, Eva <EWCole@winston.com>
**Cc:** Allyson.Maltas@lw.com <Allyson.Maltas@lw.com>
**Subject:** Re: ACV Auctions v. NAAA et al.

EXTERNAL: This email originated from outside of the organization.

Sorry for the delay.  You can proceed to file.  Thanks so much for handling!

**From:** Myriah Jaworski <mjaworski@octillolaw.com>
**Sent:** Wednesday, September 28, 2022 9:10:02 PM
**To:** Duxstad, Lauren <LDuxstad@winston.com>; Cole, Eileen <eileen.cole@orrick.com>; Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>; Cole, Eva <EWCole@winston.com>
**Cc:** Allyson.Maltas@lw.com <Allyson.Maltas@lw.com>
**Subject:** Re: ACV Auctions v. NAAA et al.

Hi Lauren: Any update? Thanks, Myriah

Get Outlook for iOS

**From:** Duxstad, Lauren <LDuxstad@winston.com>
**Sent:** Wednesday, September 28, 2022 5:11:50 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>; Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>; Cole, Eva <EWCole@winston.com>
**Cc:** Allyson.Maltas@lw.com <Allyson.Maltas@lw.com>; Myriah Jaworski <mjaworski@octillolaw.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

EXTERNAL: This email originated from outside of the organization.

Thanks, Eileen.  Sorry for the delay, we will confirm shortly.

**Lauren Duxstad**
Winston & Strawn LLP
D: +1 212-294-3568
winston.com



**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Wednesday, September 28, 2022 7:28 PM
**To:** Duxstad, Lauren <LDuxstad@winston.com>; Jennifer.Giordano@lw.com; Cole, Eva <EWCole@winston.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Lauren

These edits are agreeable if all Defendants are signed off.  Myriah can file tonight.  Can we proceed?

Eileen

---

**From:** Duxstad, Lauren <LDuxstad@winston.com>
**Sent:** Wednesday, September 28, 2022 6:22 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>; Jennifer.Giordano@lw.com; Cole, Eva <EWCole@winston.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Thanks, Eileen.  We are still waiting for sign off from all Defendants but wanted to send the proposed two additional edits in the attached.  First, we added language that the parties will meet and confer regarding page limits for briefing.  We also added 30 days to Defendants' reply given the extension for the opposition.

Please let us know if these are acceptable to ACV.  Can you please also confirm whether you will file the stip tonight?  We are happy to file as well if needed.

**Lauren Duxstad**
Winston & Strawn LLP
D: +1 212-294-3568
winston.com



---

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Wednesday, September 28, 2022 5:41 PM
**To:** Jennifer.Giordano@lw.com; Cole, Eva <EWCole@winston.com>; Duxstad, Lauren <LDuxstad@winston.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Jenn and Eva,

Thanks for the confirmation.  We would like to make clear that joint briefing with this reservation of rights has been agreed.  Also, if ACV is facing 7 briefs all at once, ACV would like up to 90 days to respond.  Please see attached redline.

Eileen

---

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Wednesday, September 28, 2022 3:25 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>; EWCole@winston.com; LDuxstad@winston.com
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Eileen --  That is still the intent.  However, as I mentioned to you, it is possible that some defendants may have certain individualized issues that that may choose to raise.   We edited the language so that it encompassed that possibility too.

Thanks,
Jenn

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Wednesday, September 28, 2022 3:21 PM
**To:** Cole, Eva <EWCole@winston.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Duxstad, Lauren <LDuxstad@winston.com>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Jenn and Eva,

Based on the call with Jenn, I understood that Defendants intended to file a joint brief on common issues.  The edits seem to have struck that.  Is that no longer the intent?

Thanks,
Eileen

**From:** Cole, Eva <EWCole@winston.com>
**Sent:** Wednesday, September 28, 2022 2:06 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>; Jennifer.Giordano@lw.com; Duxstad, Lauren <LDuxstad@winston.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Dear Eileen,
We are waiting for a few signature blocks and final sign-off from a couple of defendants, but given the timing, we wanted to get back to you with the defendants' proposed changes.  Please let us know if you have any comments/concerns.

Thanks,
Eva

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Tuesday, September 27, 2022 9:29 PM
**To:** Jennifer.Giordano@lw.com; Cole, Eva <EWCole@winston.com>; Duxstad, Lauren <LDuxstad@winston.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Jenn and Eva,

Please see attached draft stipulation.

Eileen

**Eileen M. Cole**
Partner

Pronouns: she/her

Orrick
Washington, DC   Ⓥ
T 202/339-8460
M 703/819-6712
eileen.cole@orrick.com

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Tuesday, September 27, 2022 3:21 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** Allyson.Maltas@lw.com; mjaworski@octillolaw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Yes if you could send a draft stipulation that would be great.  I understand that at least one defendant may have a deadline tomorrow so would like to get something on file tomorrow, if possible.

Thanks,
Jenn

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Tuesday, September 27, 2022 1:44 PM
**To:** Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>; Myriah Jaworski <mjaworski@octillolaw.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Jenn

Given the upcoming deadlines for some, ACV agrees to the Defendants proposed consolidated briefing schedule.  If further adjustment is needed, we can revisit at that time.

Shall we send a draft stipulation?

Thanks
Eileen

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Tuesday, September 27, 2022 8:45 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** Allyson.Maltas@lw.com
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Eileen -  Following up to see when you expect to have a response.

Thanks,
Jenn

**Jennifer L. Giordano**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.1013
Email: jennifer.giordano@lw.com
https://www.lw.com

---

**From:** Cole, Eileen <eileen.cole@orrick.com>
**Date:** Friday, Sep 23, 2022, 11:00 AM
**To:** Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>
**Subject:** RE: ACV Auctions v. NAAA et al.

Hi Jennifer,

Just letting you know that we are conferring with the client and will get back to you as soon as possible.

Thanks
Eileen

---

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Thursday, September 22, 2022 8:58 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Cc:** Allyson.Maltas@lw.com
**Subject:** ACV Auctions v. NAAA et al.

Eileen –

Thanks for our discussion yesterday.  As I mentioned, I (together with my colleague Allyson Maltas ,copied) represent Manheim in the above-referenced matter that ACV Auctions recently filed.

You asked that I put in writing defendants' proposal to address the fact that different defendants currently have different deadlines to respond to the complaint.   To avoid inefficiency and potential seriatim motions, I'm writing on behalf of all defendants to request an extension of time for all defendants to respond to the complaint until November 11, 2022.

In exchange for that extension (and to avoid ruining anyone's holidays), defendants are willing to agree to additional time for plaintiff to respond to the motion(s) to dismiss.   We propose the following briefing schedule:

1.      Opening brief(s) on November 11, 2022
2.      Opposition brief(s) on January 13, 2022
3.      Reply brief(s) on February 10, 2022

9

Please let us know if this acceptable to plaintiff.

Thanks,
Jenn

**Jennifer L. Giordano**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.1013
Email: jennifer.giordano@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.