# EXHIBIT N

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum*
*of Law in Opposition to Defendants' Motion for Extension of Time*

## Cole, Eileen

| | |
|---|---|
| **From:** | Cole, Eileen |
| **Sent:** | Tuesday, November 1, 2022 2:40 PM |
| **To:** | 'Cole, Eva' |
| **Cc:** | Jurata, Jay; Jaworski, Myriah |
| **Subject:** | RE: ACV |

| | |
|---|---|
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Eva

Plaintiff ACV does not consent to any motion and asks that Defendants note that the Plaintiff does not consent and will oppose.  In terms of schedule, if Defendants file today, Plaintiff will agree to respond to Defendants' request to expedite by Saturday, and Defendants may reply by Monday.

Best,
Eileen

**Eileen M. Cole**
Partner
Pronouns: she/her

Orrick
Washington, DC    Ⓥ
T 202/339-8460
M 703/819-6712
eileen.cole@orrick.com

---

**From:** Cole, Eva <EWCole@winston.com>
**Sent:** Tuesday, November 1, 2022 10:52 AM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Subject:** RE: ACV

Elieen,

We will be filing an expedited motion for an extension of time pending resolution of Defendants' transfer motion.  It will be a two-page motion.  Can we please agree to a briefing schedule on the motion to extend as follows:

- Defendants will file their 2-page motion today
- Plaintiff will respond by Friday
- Defendants will file a reply brief if necessary by Monday

Happy to discuss.

1

Thanks,
Eva

**Eva Cole**

**Partner**

**Co-Chair, Antitrust/Competition Practice**

Winston & Strawn LLP

T: +1 212-294-6700

D: +1 212-294-4609

M: +1 917-583-1370

winston.com



**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Monday, October 31, 2022 1:12 PM
**To:** Cole, Eva <EWCole@winston.com>
**Subject:** RE: ACV

Eva,

While we previously discussed that some or all of the Defendants were considering a venue or personal jurisdiction motion, the only request made by Defendants was for ACV to again extend the deadline 60 days for Defendants to answer or move to dismiss.  As previously advised, the parties have already agreed to a significant extension and ACV sees no reason to extend it further.  Defendants motion to transfer has not changed this.  ACV will respond to the motion to transfer as outlined in the applicable rules.

Best,
Eileen

**Eileen M. Cole**
Partner
Pronouns: she/her

Orrick
Washington, DC
T 202/339-8460
M 703/819-6712
eileen.cole@orrick.com

**From:** Cole, Eva <EWCole@winston.com>
**Sent:** Saturday, October 29, 2022 2:25 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Subject:** ACV

2

Hi Eileen,

As I'm sure you saw, Defendants filed a motion to transfer yesterday.  Defendants are amenable to working with you on an acceptable schedule for the motion to transfer briefing in exchange for assent to make the motion to dismiss deadline 28 days after a decision on the motion to transfer.  As previously discussed, we do not believe it is efficient to file the motion to dismiss brief until the venue is settled. If you could please let us know by COB Monday, we would appreciate it.

Best,
Eva

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.