# EXHIBIT O

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Extension of Time*

## Cole, Eileen

| | |
|---|---|
| **From:** | Cole, Eva <EWCole@winston.com> |
| **Sent:** | Friday, November 4, 2022 5:46 PM |
| **To:** | Cole, Eileen |
| **Subject:** | RE: ACV |

| | |
|---|---|
| **Categories:** | Filed to ND |

That's perfect.

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370
winston.com



**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Friday, November 4, 2022 5:20 PM
**To:** Cole, Eva <EWCole@winston.com>
**Subject:** RE: ACV

Of if Monday is better, how about 10 am?

**From:** Cole, Eileen
**Sent:** Friday, November 4, 2022 5:18 PM
**To:** 'Cole, Eva' <EWCole@winston.com>
**Subject:** RE: ACV

You can call me now if you would like 703 819 6712.

**From:** Cole, Eva <EWCole@winston.com>
**Sent:** Friday, November 4, 2022 5:17 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Subject:** RE: ACV

Sorry, Eileen. I got tied up! Can we set a time for Monday?

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609

M: +1 917-583-1370

winston.com



**From:** Cole, Eileen <eileen.cole@orrick.com>
**Sent:** Friday, November 4, 2022 4:59 PM
**To:** Cole, Eva <EWCole@winston.com>
**Subject:** RE: ACV

Eva

My cell is 703 819 6712 if you want to give me a call.

Thanks
Eileen

---

**From:** Cole, Eileen
**Sent:** Friday, November 4, 2022 4:34 PM
**To:** 'Cole, Eva' <EWCole@winston.com>
**Subject:** RE: ACV

Hi Eva,

What number are you available on?

Eileen

---

**From:** Cole, Eva <EWCole@winston.com>
**Sent:** Friday, November 4, 2022 1:47 PM
**To:** Cole, Eileen <eileen.cole@orrick.com>
**Subject:** ACV

Hi Eileen,
Can we talk about page limits for the MTD briefing later this afternoon?  Maybe 4 or 4:30?

Thanks,
Eva

**Eva Cole**
**Partner**
**Co-Chair, Antitrust/Competition Practice**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-4609
M: +1 917-583-1370

winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.