# EXHIBIT P

*Declaration of Eileen M. Cole in Support of Plaintiff's Memorandum*
*of Law in Opposition to Defendants' Motion for Extension of Time*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ACV Auctions, Inc.,<br><br>              Plaintiff,<br><br>           -against-<br><br>National Auto Auction Association, Inc.,<br>Auto Auction Services Corporation,<br>Manheim Auctions, Inc.,<br>ADESA US Auction, LLC, ADESA, Inc.,<br>ServNet Auction Group, and Independent Auto<br>Auction Services Corporation d/b/a<br>Independent Auction Group,<br><br>              Defendants. | Case No. 1:22-cv-00649 |

**[PROPOSED] ORDER DENYING DEFENDANTS'**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Presently before the Court is Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint.  Having reviewed the Motion, the response and reply thereto, and the evidence submitted therewith, the Court finds that Defendants have not established good cause for extending the deadline for them to respond to Plaintiff's Complaint.  Defendants' motion therefore is DENIED in its entirety, and Defendants must respond to Plaintiff's Complaint on or before November 11, 2022, consistent with the consolidated briefing schedule entered at docket 46.

      IT IS SO ORDERED.

Dated:  November __, 2022.

                                                   _____
                                                   Hon. Geoffrey. W. Crawford
                                                   U.S. District Court Judge